NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5074

ESTERHILL BOAT SERVICE CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES

Defendants-Appellee,

Appeal from the United States Court of Federal Claims in 09-CV-735,
Senior Judge Robert H. Hodges, Jr.

ON MOTION

## O R D E R

Esterhill Boat Service Corporation moves for leave to file a declaration with a facsimile signature, for leave to file the declaration with original signature later, and for expedited briefing and oral argument.

Esterhill self-expedited the briefing schedule by filing its own brief early. The United States should not anticipate receiving an extension of time to file its brief. Esterhill may further self-expedite the case by filing its reply brief and the joint appendix early.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motions for leave are granted.

(2)    The motion for expedited briefing and oral argument is denied. After completion of briefing, the case will be placed on the next available calendar. No extensions of time should be anticipated.

FOR THE COURT

MAR 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Sam Z. Gdanski, Esq.
       Kent C. Kiffner, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2010

JAN HORBALY
CLERK